FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 04, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNION PACIFIC RAILRAOD COMPANY, | No.   2:13-CV-5148-SMJ |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| CITY OF KENNEWICK, | |
| Defendant. | |

On September 2, 2015, the parties filed a stipulated dismissal, ECF No. 29.

Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

1.     The parties' Stipulation of Dismissal, **ECF No. 29**, is **GRANTED.**

2.     All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3.     All pending motions are **DENIED AS MOOT.**

4.     All hearings and other deadlines are **STRICKEN.**

5.     The Clerk's Office is directed to **CLOSE** this file.

ORDER - 1

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 4th day of January 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge